

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00095-CV

### IN THE INTEREST OF S.Z.

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02482
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED June 27, 2018.

_____
Karen Angelini, Justice